## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MARK R. WINKLE,                                    :                  Case No. 3:14-cv-20

               Plaintiff,

  - vs -                                                          District Judge Thomas M. Rose
                                                                          Magistrate Judge Michael R. Merz
CAROL LORANGER, et al.,


               Defendant.                                  :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge

Michael R. Merz (Doc. #45), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and

noting that no objections have been filed thereto and that the time for filing such objections under

Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

The Court hereby certifies to the United States Court of Appeals that Plaintiff's appeal

(USCA Case No. 14-3758) is not taken in good faith and he should not be permitted to proceed

*in forma pauperis*.

August 19, 2014                                    *s/Thomas M. Rose

_____

                            Thomas M. Rose
                    United States District Judge